IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EBERWEIN, *et al.*, | No. C 13-02740 SI |
| Plaintiffs, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| TRACEY DAVIS, | |
| Defendant. | |

On July 2, 2013, the Court dismissed plaintiffs' complaint without prejudice, because plaintiffs had failed to allege any violations of the law or clearly state a factual basis for their complaint. The Court granted plaintiffs leave to amend their complaint by no later than July 26, 2013, or the case would be dismissed with prejudice.

Plaintiffs have neither filed an amended complaint, nor have they asked for an extension of time. Accordingly, the Court hereby dismisses the case with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 1, 2013

SUSAN ILLSTON
United States District Judge