IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EBERWEIN, *et al.*, | No. C 13-02740 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| TRACEY DAVIS, | |
| Defendant. | |

Plaintiffs' case was dismissed with prejudice. Judgment is accordingly entered in favor of defendant and against plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 1, 2013

SUSAN ILLSTON
United States District Judge