IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EBERWEIN, *et al.*, | No. C 13-02740 SI |
| Plaintiffs, | **ORDER REOPENING CASE, VACATING JUDGMENT AND ORDERING SERVICE OF DOCUMENTS** |
| v. | |
| TRACEY DAVIS, | |
| Defendant. | |

It appears that the Court's July 2, 2103 Order Dismissing Complaint and Deferring *In Forma Pauperis* Application was not previously served on plaintiff. Therefore, this case is re-opened, the judgment dated August 1, 2013 is vacated, and the Clerk is directed to serve the July 2, 2013 Order on plaintiff.

**If plaintiff wishes to file an amended complaint, as outlined in the July 2, 2013 Order, he must do so no later than August 24, 2012.**

**IT IS SO ORDERED.**

Dated: August 1, 2013

SUSAN ILLSTON
United States District Judge