UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EBERWEIN, WILLIAM EBERWEIN, DEBORAH CHALEDEEANNKA ANN,<br><br>　　　　Plaintiffs.<br><br>v.<br><br>TRACEY DAVIS,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　／ | No. C 13-02740 SI<br><br>**JUDGMENT** |

　　The complaint, as amended by the September 11, 2013 filing, fails to state a claim on which relief can be granted and is dismissed.  Judgment is entered accordingly.

Dated: September 25, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge